IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD MISAMORE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-4574

SWIFT TRANSPORTATION,
AND GALLAGHER BASSETT
SVCS.,

     Appellees.

_____/

Opinion filed May 19, 2016.

An appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: December 10, 2014.

Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Jamey S. Rodgers of McDonald & Rodgers, P.A., Altamonte Springs, for Appellees.


PER CURIAM.

     AFFIRMED.

RAY, MAKAR and OSTERHAUS, JJ., CONCUR.